**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10324 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02739-DCB-1 |
| v. | |
| MIGUEL MEMEHUA-MIXTECAL, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Argued and Submitted February 16, 2011
San Francisco, California

Before: O'SCANNLAIN and TROTT, Circuit Judges, and CAMPBELL, District
Judge.**

Memehua-Mixtecal claims that his December 3, 2009 group-plea hearing

violated Federal Rule of Criminal Procedure 11 and his Fifth Amendment right to

due process. The record patently demonstrates that Memehua-Mixtecal was

---

* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

** The Honorable Tena Campbell, Senior United States District Judge
for the District of Utah, sitting by designation.

sufficiently advised of his rights, that he affirmed his understanding of such rights, and that he expressly waived such rights by pleading guilty. As we have held, any Rule 11 violations from this hearing were harmless, and the hearing did not violate due process. *See United States v. Escamilla-Rojas*, No. 10-10185, — F.3d — (9th Cir. 2011).

AFFIRMED.